IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OVERSTREET CONSTRUCTION AND ROOFING, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES F. MULLINS, JR., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:04-cv-1173-N <br> )          WO <br> ) <br> ) <br> ) |

# **FINAL  JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #30) filed by the parties on May 17, 2005 and the Joinder in Stipulation of Dismissal With Prejudice (Doc. #31) filed on May 18, 2005, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 20th day of May, 2005.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE